UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>             Plaintiff,<br><br>      v.<br><br>MACERICH FRESNO LIMITED PARTNERSHIP,<br><br>             Defendant. | Case No.  1:20-cv-01395-AWI-BAM<br><br>ORDER RE STIPULATION TO CONTINUE THE DECEMBER 21, 2020 OSC RE DISMISSAL DEADLINE FOR THIRTY DAYS<br><br>(Doc. No. 8) |

On November 5, 2020, Plaintiff George Avalos ("Plaintiff") filed a Notice of Settlement indicating that a settlement had been reached in this action.  (Doc. No. 6.)  Based on the notice, on November 6, 2020, the Court directed the parties to file appropriate papers to dismiss or conclude this action in its entirety no later than December 21, 2020.  (Doc. No. 7.)

On December 22, 2020, the parties filed a stipulation to continue the December 21, 2020 deadline "on the Court's Order to Show Cause Re Dismissal."  (Doc. No. 8.)  The parties explain that they have finalized the terms of the settlement agreement and are in the process of executing it.  However, they require additional time to complete the agreement.  The parties therefore request that "the December 21, 2020 hearing be continued by thirty (30) days."  (*Id*.)  The Court

1

construes the parties' request as one for an extension of time to file documents to dismiss or conclude this action.

Good cause appearing, the parties' stipulation and request for an extension of time to file dismissal documents is GRANTED. The parties shall file appropriate papers to dismiss or conclude this action in its entirety within thirty (30) days of the date of this Order.

IT IS SO ORDERED.

Dated: **December 28, 2020**           /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE